FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

March 14, 2011

Elisabeth A. Shumaker
Clerk of Court

———————————————

In re:  MIKEAL GLENN STINE,

Petitioner.

No. 11-1100
(D.C. No. 1:11-CV-00109-WJM)
(D. Colo.)

———————————————

**ORDER**

———————————————

The matter of appellant's motion to voluntarily dismiss this petition is before the court. The captioned petition is dismissed pursuant to Fed. R. App. P. 42(b).

A copy of this order shall stand as and for the mandate of this court.


Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk