**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-00109-WJM-CBS

MIKEAL GLENN STINE

    Plaintiff,

v.

DR. D. ALLRED

    Defendant.

---

**ORDER REGARDING PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

---

This matter is before Court *sua sponte*. On March 15, 2011, Plaintiff filed a "Verified Emergency Motion for T.R.O. and Preliminary Injunction" (ECF No. 35). On March 17, 2011, the Court referred the motion to Magistrate Judge Craig B. Shaffer.

The Court requests that the parties consider agreeing to a partial consent to allow Magistrate Judge Shaffer to decide Plaintiff's motion by Order instead of recommendation. *See* 28 U.S.C. § 636. Allowing Magistrate Judge Shaffer to decide Plaintiff's motion will expedite a decision on it. Without that consent, Magistrate Judge Shaffer may only issue a recommendation on Plaintiff's motion, which would have to be reviewed by this Court. That extra layer of review may delay an ultimate decision on Plaintiff's motion. If the parties do not so consent, Plaintiff's motion will nonetheless remain referred to Magistrate Judge Shaffer.

THEREFORE, IT IS ORDERED:

- That the parties file, on or before March 29, 2011, a notice indicating whether they agree to a partial consent, under 28 U.S.C. § 636(c)(1), to allow Magistrate Judge Shaffer to decide Plaintiff's "Verified Emergency Motion for T.R.O. and Preliminary Injunction" (ECF No. 35) by Order instead of recommended disposition.

Dated this 18th day of March, 2011

BY THE COURT:

s/ *William J. Martínez*
United States District Judge