### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 11-cv-00109-WJM-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** April 14, 2011 | **Courtroom Deputy:** Linda Kahoe |

MIKEAL GLENN STINE,                        *Pro se (via phone)*

    Plaintiff,

    v.

D. ALLRED,                                 J. Benedict Garcia

    Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in session:      1:28 p.m.**

Court calls case. Appearance of counsel. Plaintiff appears *pro se* via phone. Also present is Mr. Clay Cook, counsel for the Bureau of Prisons, and Ms. Nathalie Cohen, Assistant U.S. Attorney.

Mr. Stine states he will withdraw documents #18, 21, 22, 33, 51, 56, and 77.

**ORDERED:**  The Motion to Recuse U.S. Magistrate Boland and Injunctive Order Needed to Prevent Further Serious Physical Injury to Plaintiff and Prevent Imminent Danger, doc #[18], is **WITHDRAWN**.

**ORDERED:**  The Verified Motion for Injunction, doc #[21], is **WITHDRAWN.**

**ORDERED:**  The Verified Motion for Injunction, doc #[22], is **WITHDRAWN.**

**ORDERED:**  The Verified Motion for Partial Reconsideration of the Court's Order, doc #[33], is **WITHDRAWN.**

**ORDERED:**  The Motion for Clarification/and Renewal If Has Been Denied, doc #[51], is **WITHDRAWN.**

**ORDERED:**  The Motion for Class Certification and Appointment of Counsel, doc #[56], is **WITHDRAWN.**

**ORDERED:**  The Motion Requesting Leave of the Court Requesting the Court Take Judicial Notice That Filing Fee Has Been Paid and to Reinstate Medical Knee Claim, doc #[77], is **WITHDRAWN.**

**ORDERED:**   The Motion for Evidentiary Hearing to Determine If Venue Should Be Changed, doc #[40], is **DENIED.**

**ORDERED:**   The "Emergency Matter" docketed as a Motion to Amend, doc #[43], is **DENIED WITHOUT PREJUDICE**. The **TENDERED** First Verified Amended Complaint, doc #[42] is **STRICKEN**. Mr. Stine is directed to comply with Rule 15, and with Chief Judge Daniel's Order, doc #[350]. A copy of Chief Judge Daniel's Order, doc #[350], a copy of Mr. Stine's Complaint, doc #[42], and a blank Prisoner Complaint form shall be mailed to Mr. Stine along with the Courtroom Minutes/Minute Order.

**ORDERED:**   Plaintiff's Request to Supplement Verified Emergency Motion, doc #[61], is **GRANTED.**

**ORDERED:**   The Motion for Leave to File Attached Supplement to Verified Emergency Motion, doc #[67], is **GRANTED**.

**ORDERED:**   Plaintiff's Verified Request for Leave to Supplement Motion (35), doc #[69], is **GRANTED.**

**ORDERED:**   Plaintiff's Request for Leave to File Declaration and Medical/Dental Report, doc #[70], is **GRANTED.**

**ORDERED:**   Responses to the Motion for Evidentiary Hearing, doc #[50], and the Verified Emergency Motion for T.R.O. and Preliminary Injunction, doc #[35], as supplemented by documents #[61], [67], [69], and [70], are due on or before **APRIL 28, 2011. Mr. Stine is NOT ALLOWED to file any additional motions related to doc #[35].**

As part of the Response to doc #[35], the Government is **ORDERED** to arrange for a dental examination of Mr. Stine by a prison facility dentist. During that examination, the dentist **is REQUIRED** to take photographs showing the condition of Mr. Stine's mouth. Mr. Garcia must submit copies of the photographs to the court, and must send copies of the photographs to Mr. Stine, in advance of the hearing on the motions.

**ORDERED:**   A hearing on Motions #[35] and #[50] is set for **8:00 a.m. on Thursday, MAY 5, 2011.** *(Mr. Stine, or his case manager, shall make arrangements to contact the court at 303.844.2117 promptly at the scheduled time.)*

HEARING CONCLUDED.
**Court in recess:**     2:40 p.m.
Total time in court:    01:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.