# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:**   11-cv-00109-WJM-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:**          **May 5, 2011** | **Courtroom Deputy:**  Linda Kahoe |

| | |
|---|---|
| MIKEAL GLENN STINE, | *Pro Se (via video conference)* |
| Plaintiff, | |
| v. | |
| D. ALLRED, | J. Benedict Garcia |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:      8:01 a.m.**

Court calls case.  Appearance of counsel.  Also present is Mr. Clay Cook, General Counsel for the Bureau of Prisons.  *Plaintiff, Mr. Stine, appears pro se via video conference.*

Mr. Stine states he will withdraw the Motion to Recuse U.S. Magistrate Judge Craig B. Shaffer and for Emergency Injunctive Order, doc #[86], filed 4/20/2011.

**ORDERED:**  The Motion to Recuse U.S. Magistrate Judge Craig B. Shaffer and for Emergency Injunctive Order, doc #[86], is **WITHDRAWN**.

Discussion regarding the Motion for Change of Venue, doc #[84], filed 4/20/2011.

**ORDERED:**  The Motion for Change of Venue, doc #[84], is **DENIED.**

Discussion regarding the Motion to Strike Defendant Exhibits, doc #[102], filed 5/2/2011.

**ORDERED:**  The Motion to Strike Defendant Exhibits, doc #[102], is **DENIED** for the reasons as stated on the record.

Discussion regarding the Motion to Reinstate Defendant, Federal Bureau of Prisons, doc #[85], filed 4/20/2011.

**ORDERED:** The Motion to Reinstate Defendant, Federal Bureau of Prisons, doc #[85], is **DENIED.** The Motion is denied as it is not a properly filed Motion to Amend under Rule 15.

Discussion regarding the Motion for Evidentiary Hearing to Show Defendant and Counsel Have Intentionally Submitted Fraudulent Declaration to Document 13, doc [50], filed 3/28/2011.

The court will not rule from the bench and will issue a written Order on doc #[50]. The Motion for Evidentiary Hearing to Show Defendant and Counsel Have Intentionally Submitted Fraudulent Declaration to Document 13, doc [50], is taken under advisement.

Discussion and arguments regarding the Verified Emergency Motion for T.R.O. and Preliminary Injunction, doc #[35], filed 3/15/2011.

The court swears in Plaintiff's witness Mr. Tommy Edward Goff

8:32 a.m.     Direct examination of Mr. Goff by Mr. Stine

8:47 a.m.     Cross examination of Mr. Goff by Mr. Garcia

8:49 a.m.     Re-direct examination of Mr. Goff by Mr. Stine

Witness excused.

The court swears in Plaintiff's witness Brian L. Anderson

8:51 a.m.     Direct examination of Mr. Anderson by Mr. Stine

9:17 a.m.     Cross examination of Mr. Anderson by Mr. Garcia

9:23 a.m.     Re-direct examination of Mr. Anderson by Mr. Stine

Witness excused.

The court swears in John E. Lorincz.

9:32 a.m.     Direct examination of Dr. Lorincz by Mr. Garcia

Defendant's Exhibit 12 admitted.

Defendant's Exhibits 7 through 11 admitted.

9:54 a.m.     Cross examination of Dr. Lorincz by Mr. Stine

**ORDERED:**  The briefing on the Verified Emergency Motion for T.R.O. and Preliminary Injunction, doc #[35], is **CLOSED**.  Mr. Stine is directed to submit the 5 exhibits referred to during this hearing.  The court **will not accept** any further submissions relating to doc #[35].  The Verified Emergency Motion for T.R.O. and Preliminary Injunction, doc #[35], is taken under advisement.

HEARING CONCLUDED.

**Court in recess**:     **10:15 a.m.**
Total time in court:    02:14

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.