IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00109-WJM-CBS

MIKEAL GLENN STINE,

    Plaintiff,

v.

D. ALLRED,
Clinical Director ADX,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER is before the court on various pending motions filed by the Plaintiff.

IT IS ORDERED:

1. Plaintiff's "'Motion for Limited Discovery' and to Stay Defendants Motion to Dismiss Docket No. (91)" (*doc. # 118*) is DENIED without prejudice. Plaintiff may file a renewed motion that includes what "limited discovery" he is seeking.

2. "Plaintiff Request Leave of the Court to File Sur-Reply Attached Hereto" (*doc. # 123*) is GRANTED. Plaintiff's "Sur-Reply to Defendants Reply to Plaintiff's Response to Defendants Motion to Dismiss" (*doc. #123-1*) is accepted for filing. Briefing on Defendant Allred's Motion to Dismiss is CLOSED.

3. "Plaintiff Motions the Court Take Under Advisement That the Hearing Held May 5th 2011 Was Biased and Unfair to Plaintiff and Request the Court Hold New Hearing" (*doc. #126)* is DENIED.

4. **On or before June 13, 2011**, Defendant shall file responses to Plaintiff's "Motion for Rule 11 Sanctions Against Defendant and Counsel J. Benedict Garcia; and Agency Counsel Mr. Clay Cook / and to Strike Cook Declaration That Is Untruthful (*doc. # 120)* and Plaintiff's Motion to Amend Complaint (*doc. # 107)*.

    5.    A hearing on Plaintiff's "Motion for Clarification and Ruling" (*doc. # 125)* will be held on **June 23, 2011 at 1:30 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 844-2117** at the scheduled time.

**DATED:**   June 1, 2011