### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  11-cv-00109-WJM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   June 23, 2011** | **Courtroom Deputy:**  Linda Kahoe |

MIKEAL GLENN STINE,                                    *Pro se (via phone)*

     Plaintiff,

     v.

D. ALLRED,                                              J. Benedict Garcia

     Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTIONS HEARING**
**Court in session:       1:29 p.m.**
Court calls case.  Appearance of counsel.  Also present is Mr. Clay Cook, General Counsel for the Bureau of Prisons.  *Plaintiff, Mr. Stine, appears pro se via phone.*

Discussion and arguments regarding the Petition Pursuant to Court Order Seeking Leave to Verified Amended Complaint, doc #[107], filed 5/6/2011.

Mr. Garcia presents arguments.

**ORDERED:**   Petition Pursuant to Court Order Seeking Leave to Verified Amended Complaint, doc #[107], is **GRANTED**.  The Second Verified Amended Complaint, doc #[107-2] is accepted for filing as of today's date.  However, as to the Second Verified Amended Complaint, Mr. Stine's claims for injunctive relief will **ONLY APPLY** to the Federal Bureau of Prisons. To the extent that Mr. Stine has sued any Defendants in their official capacity, those aspects of the Second Verified Amended Complaint will be **STRUCK**.  All other Defendants are sued in their individual capacity and only the subject of claims for compensatory or economic damages.

Discussion and arguments regarding Defendant's Motion to Dismiss, doc #[91], filed 4/27/2011.

**ORDERED:**           Defendant's Motion to Dismiss, doc #[91] is **DENIED WITHOUT PREJUDICE** to Dr. Allred filing any future Motions to Dismiss that he feels is warranted.

Discussion and arguments regarding Motion for Rule 11 Sanctions Against Defendant and

Counsel J. Benedict Garcia; and Agency Counsel Mr. Clay Cook/and to Strike Cook Declaration That is Untruthful, doc #[120], filed 5/23/2011.

Mr. Stine states he will withdraw doc #[120].

**ORDERED:** Motion for Rule 11 Sanctions Against Defendant and Counsel J. Benedict Garcia; and Agency Counsel Mr. Clay Cook/and to Strike Cook Declaration That is Untruthful, doc #[120] is **WITHDRAWN.**

Discussion regarding the Verified Emergency for TRO/Preliminary Injunction, doc #[136], filed 6/6/2011.

**ORDERED:**  Defendant shall file a Response to the Verified Emergency for TRO/Preliminary Injunction, doc #[136], on or before **JULY 7, 2011.**  Plaintiff will have 15 days to file a Reply.

Discussion regarding Plaintiff's Motion for Order Directing Clerk to Send Copies of "Plaintiffs Request Leave/Motion to File Second Amended Complaint and Exhibits, and Copy of Second Amended Complaint and Exhibits", doc #[117], filed 5/16/2011.  Mr. Stine states he is only requesting copies of the Second Amended Complaint and the Exhibits.  Mr. Stine states he will not ask for any more copies.

**ORDERED:** Plaintiff's Motion for Order Directing Clerk to Send Copies of "Plaintiffs Request Leave/Motion to File Second Amended Complaint and Exhibits, and Copy of Second Amended Complaint and Exhibits", doc #[117], is **GRANTED**.  The Clerk's office is **DIRECTED** to send copies of the requested documents to Mr. Stine.  The court **WILL NOT GRANT** any future requests for copies of documents that Mr. Stine files with the court.

Discussion regarding the Verified Motion for Protective Order, doc #[111], filed 5/12/2011.

**ORDERED:** The Verified Motion for Protective Order, doc #[111], is **DENIED.**

Discussion regarding the Motion for Clarification and Ruling, doc #[125], filed 5/26/2011.

**ORDERED:** The Motion for Clarification and Ruling, doc #[125], is **DENIED AS MOOT.**

Discussion regarding Plaintiff's Motion to File Attached Declaration Outlining Events from May 26, 2011 Until Present May 31, 2011, doc #[133], filed 6/2/2011.

**ORDERED:** The Motion to File Attached Declaration Outlining Events from May 26, 2011 Until Present May 31, 2011, doc #[133], is **GRANTED.**

The Declarations of Mr. Tim Hume and Willie Clark in Support of Motion to Amend (Doc. 107) and Demonstrates Administrative Remedy Exhaustion, doc

#[147] are **ACCEPTED FOR FILING**.  The court **WILL NOT ACCEPT** any further stand-alone Declarations.  The Clerk's Office is **DIRECTED** to return to Mr. Stine any further Declarations unless they are attached to a substantive motion, response, or reply brief.

Discussion regarding Plaintiff's Motion to Expedite Verified Motion for Emergency TRO/Preliminary Injunction Filed on or about June 2nd or 3rd 2011 With Good Cause, doc #[138], filed 6/8/2011.

**ORDERED:**   The Motion to Expedite Verified Motion for Emergency TRO/Preliminary Injunction Filed on or about June 2nd or 3rd 2011 With Good Cause, doc #[138], is **DENIED** based on the briefing schedule that has been set.

Discussion regarding Plaintiff's Motion to Allow Attached Exhibits (1)(2)(3)(4) and (5) Being Supplement Exhibits to Motion 136/for TRO/Preliminary Injunction Be Filed and Attached to Motion 136, doc #[144], filed 6/15/2011.

**ORDERED:**   The Motion to Allow Attached Exhibits (1)(2)(3)(4) and (5) Being Supplement Exhibits to Motion 136/for TRO/Preliminary Injunction Be Filed and Attached to Motion 136, doc #[144], is **GRANTED** to the extent that they are attached exhibits that relate to the Motion for Preliminary Injunction, doc #[136].

**ORDERED:**   With the exception of the briefing on the Verified Emergency for TRO/Preliminary Injunction, doc #[136], **ALL FURTHER PROCEEDINGS ARE STAYED** until all of the newly joined Defendants are served and Certificates of Served are entered on behalf of the newly joined Defendants.

**ORDERED:**   Mr. Stine may not file any further Motions under Rule 15 until the issue of exhaustion under the Second Amended Verified Complaint is fully briefed and decided.

**ORDERED:**   No discovery related to the issue of administrative exhaustion may proceed until all of the newly joined Defendants are properly served.  At that point, the court will set a Status Conference to determine how much time is necessary to complete the limited discovery relating to exhaustion of administrative remedy.

HEARING CONCLUDED.

**Court in recess**:      **2:42 p.m.**
Total time in court:    01:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.