IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00109-WJM-CBS

MIKEAL GLENN STINE,
    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS (Agency),
MR. DAVID ALLRED, Clinical Director ADX,
MR. BLAKE DAVIS, Warden ADX,
MR. MUNSON, Associate Warden, ADX,
MR. A. OSAGIE, Physician Assist. ADX,
MR. R. HUDDLESTON, EMT/ADX,
MR. SMITH, Assist. Health Services Administrator, and
MR. MANSPEAKER, Corr. Officer ADX,
    Defendants.

---

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the Declaration filed by Mr. Stine on June 24, 2011 (Doc. # 150).  Pursuant to the court's orders on June 23, 2011 (*see* Courtroom Minutes/Minute Order (Doc. # 148)),

    IT IS ORDERED that the Declaration filed by Mr. Stine on June 24, 2011 (Doc. # 150) is STRICKEN.  The court requests the Clerk of the Court to mail a copy of Doc. # 150 to Mr. Stine.

    DATED at Denver, Colorado, this 24th day of June, 2011.

                                            BY THE COURT:

                                            s/Craig B. Shaffer
                                            United States Magistrate Judge