IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 30 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00109-WJM-CBS

MIKEAL GLENN STINE,
    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS (Agency),
MR. DAVID ALLRED, Clinical Dir. ADX,
MR. BLAKE DAVIS, Warden ADX,
MR. MUNSON, Associate Warden ADX,
MR. A. OSAGIE, Physician Assist. ADX,
MR. R. HUDDLESTON, EMT/ADX,
MR. SMITH, Assist. Health Services Administrator, and
MR. MANSPEAKER, Corr. Officer ADX,
    Defendants.

---

## ORDER FOR SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Second Amended Complaint (Doc. # 153) on Defendants. Pursuant to the Order of Reference dated March 11, 2011 (Doc. # 28), this case was referred to the Magistrate Judge. On June 23, 2011, Plaintiff's Second Amended Complaint was accepted for filing. It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Second Amended Complaint (Doc. # 153) and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that after service of process, Defendants shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 28th day of June, 2011.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00109-WJM-CBS

Mikeal Glenn Stine
Reg. No. 55436-098
ADX - Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Dr. David Allred, Blake Davis, Mr. Munson, Mr. A. Osagie, Mr. R. Huddleston, Mr. Smith, and Mr. Manspeaker.

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

Federal Bureau of Prisons - **CERTIFIED**
North Central Regional Headquarters
Gateway Complex, Tower II, 8th Floor
400 State Ave
Kansas City, KS 66101

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Dr. David Allred, Blake Davis, Mr. Munson, Mr. A. Osagie, Mr. R. Huddleston, Mr. Smith, and Mr. Manspeaker.; to the United States Attorney General; to the United States Attorney's Office and to the Federal Bureau of Prisions: SECONDED AMENDED COMPLAINT FILED 06/23/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on June 30, 2011.

GREGORY C. LANGHAM, CLERK



By:
    Deputy Clerk