IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00109-WJM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 1, 2011 | Courtroom Deputy: Laura Galera |

*Parties:*                                                          *Counsel:*

MIKEAL GLENN STINE,                                     Pro Se (by Telephone)

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,                    J. Benedict Garcia
D. ALLRED,
BLAKE DAVIS,

MUNSON,
A. OSAGIE,
R. HUDDLESTON,
SMITH,
MANSPEAKER,

    Defendants.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session: 1:54 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding pending motions.

Court admonishes plaintiff on filing duplicative motions.

**ORDERED:** Plaintiff's Motion to Allow Attached Declaration to be Filed in Support of Motion for TRO/Preliminary Injunction [155] is **GRANTED**. The Court will consider and accept the attached declaration.

**ORDERED:** Motion for Order Directing Exhibits Attached to Dockets, (35), (42), (60), (61), (67), (72), (89), (99), (101), (109),(110), (120), (131), (133), (136), (143), and (147), to Operative Second Amended Verified Complaint Attached to Motion No. 107 Granted by This Court on 6-23-11 [156] is **DENIED**.

**ORDERED:** Motion for Evidentiary Hearing and Order Directing Dr. J. Matthes, D.D.S. Attend Hearing for Direct Examination Under Oath in Relation to Pending Motion for TRO/Preliminary Injunction, and Medical Doctor, Wilson of ADX [161] is **GRANTED.**

**ORDERED:** Motion for Expedited Hearing Related to Scheduling of Limited Discovery on Exhaustion of Administrative Remedy, and for Ruling on Motion for Emergency TRO/Preliminary Injunction (Doc. 35) and TRO/Preliminary Injunction (Doc. 136) [180] is **DENIED.**

**ORDERED:** Verified Motion and Supplement to (Doc. 161) Motion for Evidentiary Hearing and Order for Mr. Christopher, Wilson, M.D. and Jon Matthes, D.D.S. Make Themselves Available for Direct Examination Under Oath, is Hereby Requested Expedited Because of Retaliation by Defendants Directed at Plaintiff to Include Direct Threats [183] is **DENIED.**

**ORDERED:** Motion and Request Leave of the Court to Hold Scheduling Conference on Limited Discovery Regarding Exhaustion of Administrative Remedy: Motion for Emergency Protection Order; and Hearing on Ruling on Motion 35, and Motions Hearing on TRO/Preliminary Injunction (Doc. 136) and Direct Examination of Dr. Christopher Wilson: Dr. Jon Matthes: Mr. Divana, Corr. Officer and Mr. Ruiz Corr. Officer [185] is **DENIED.**

**ORDERED:** Motion for Scheduling Conference on Limited Discovery Addressing Exhaustion, and Motion for Clarification of Docket No. (163), (169),(170),(171),(172),(173),(174), and (175), Setting Defendants Answer Dates [193] is **DENIED.**

**ORDERED:** Defendants to file a consolidated response to Motion Requesting the Court Modify the Courts Order (Doc. 148) Allowing Plaintiff to File Third Amended Verified Complaint With Good Cause [196] and Petition Pursuant to Court Order Seeking Leave of the Court to File Third Verified Amended Complaint Pursuant to Fed.R.Civ.P. 15 [197] by **September 14, 2011.**

**ORDERED:** An Evidentiary Hearing regarding Verified Emergency for TRO/Preliminary Injunction Pursuant to Fed.R.Civ.P.65 (a) [136] is set for **September 9, 2011 at 1:30 p.m.** The court will hear the video conference testimony of Plaintiff, Correctional Officer Ruiz, Correctional Officer DiVana, Dr. Jon Matthes, D.D.S., and Dr. Christopher Wilson, M.D.

Hearing Concluded.

**Court in recess: 2:47 p.m.**
Total time in court:    00:53

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.