FILED
United States Court of Appeals
Tenth Circuit

September 7, 2011

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

In re: MIKEAL GLENN STINE,

    Petitioner.

No. 11-1385
(D.C. No. 1:11-CV-00109-WJM-CBS)

---

**ORDER**

---

Petitioner's motion to dismiss this matter is granted. 10th Cir. R. 27.3(A)(9).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk