**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**September 7, 2011**

**FOR THE TENTH CIRCUIT**

**Elisabeth A. Shumaker**
**Clerk of Court**

---

In re: MIKEAL GLENN STINE,

Petitioner.

No. 11-1385
(D.C. No. 1:11-CV-00109-WJM-CBS)

---

**ORDER**

---

Petitioner's motion to dismiss this matter is granted. 10th Cir. R. 27.3(A)(9).

A copy of this order shall stand as and for the mandate of the court.


Entered for the Court,


ELISABETH A. SHUMAKER, Clerk