**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 11-cv-00109-WJM-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: September 9, 2011** | **Courtroom Deputy:** Laura Galera |

MIKEAL GLENN STINE,                                    Pro se (via phone)

    Plaintiff,

v.

D. ALLRED,                                                          J. Benedict Garcia

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: EVIDENTIARY HEARING**
**Court in session:      2:09 p.m.**
Court calls case. Appearance of counsel. Also present is Mr. Clay Cook, General Counsel for the Bureau of Prisons. *Plaintiff, Mr. Stine, appears pro se via phone.*

Evidence and testimony from Plaintiff's witnesses Officer James Ruiz, Officer Kelly Vidana, Dr. John Matthes and Dr. Christopher Wilson.

For the reasons as stated on the record it is:

**ORDERED:** Verified Emergency for TRO/Preliminary Injunction Pursuant to Fed.R.Civ.O.65(a) Doc. # [136] is DENIED and as amended or supplemented by Plaintiff by Motion "Respectfully Request," the Court Allow Attached Exhibits (1) (2) (3) (4) and (5) Being Supplement Exhibits to Motion 136/for TRO/Preliminary Injunction be Filed and Attached to Motion 136 Doc. [144].

HEARING CONCLUDED.

**Court in recess**:        **4:44 p.m.**
Total time in court:     02:35

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.