IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-00109-WJM-CBS

MIKEAL GLENN STINE,

        Plaintiff,

v.

FEDERAL BUREAU OF PRISONS ( Agency),
MR. DAVID ALLRED, Clinical Dir. ADX,
MR. BLAKE DAVIS, Warden ADX,
MR. MUNSON, Associate Warden ADX,
MR. A. OSAGIE, Physician Assist. ADX,
MR. R. HUDDLESTON, EMT/ADX,
MR. SMITH, Assist. Health Services Administrator,
MR. MANSPEAKER, Corr. Officer ADX,

        Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a Notice of Interlocutory Appeal of District Court Denying TRO/Preliminary Injunction filed on 9/9/11 on September 14, 2011 (ECF No. 136). The court has determined that the document is deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**     **Filing Fee**

     _X_     is not submitted

**(B)**     **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:

     _X_     is not submitted

     ___     is missing affidavit

__      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

__      is missing required financial information

__      is missing an original signature by the prisoner

__      is not on proper form (must use the court's current form)

__      other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

Dated this 15th day of September, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge