IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00109-WJM-CBS

MIKEAL GLENN STINE,
    Plaintiff,
v.

FEDERAL BUREAU OF PRISONS (Agency), *et al.*
    Defendants.

___

## ORDER
___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Stine's "Motion Requesting the Court Order Docket Sheet Be Correct [sic] to Reflect Docket No. 241 is Actually Reply to Defendant's Response to Doc. No. 202 Motion for Protective Order filed 9-2-2011" (filed October 17, 2011) (Doc. # 253).  Pursuant to the Order of Reference dated and the memorandum dated October 17, 2011 (Doc. # 254), this matter was referred to the Magistrate Judge.  The court having reviewed Mr. Stine's Motion and the entire case file,

    IT IS ORDERED that Mr. Stine's "Motion Requesting the Court Order Docket Sheet Be Correct . . ." (filed October 17, 2011) (Doc. # 253) is GRANTED IN PART AND DENIED IN PART.  The court requests that the Clerk of the Court correct the docket to reflect that Doc. # 241 is Mr. Stine's Reply to Defendants' Response (Doc. # 231) to Mr. Stine's "Verified Motion for Protective Order . . ." (Doc. # 202).  In all other respects, Mr. Stine's Motion is denied.

    DATED at Denver, Colorado, this 18th day of October, 2011.

                                BY THE COURT:

                                s/Craig B. Shaffer
                                United States Magistrate Judge