**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 12, 2011**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

In re:

MIKEAL GLENN STINE,

        Petitioner.

No. 11-1518
(D.C. No. 1:11-CV-00109-WJM-CBS)
(D. Colo.)

---

**ORDER**

---

Before **HARTZ**, **EBEL**, and **GORSUCH**, Circuit Judges.

---

    Mikeal Glenn Stine seeks a writ of mandamus ordering the district court to hear and decide his "Verified Emergency Motion for TRO/Preliminary Injunction/With Expedited Consideration, Pursuant to Fed. R. Civ. P, 65" filed on September 15, 2011, in his 28 U.S.C. § 1331 action. We deny the writ.

    "[A] writ of mandamus is used only to confine an inferior court to a lawful exercise of its prescribed jurisdiction or to compel it to exercise its authority when it is its duty to do so." *In re Cooper Tire & Rubber Co.*, 568 F.3d 1180, 1186 (10th Cir. 2009) (quotation marks omitted). Among other things, the party seeking the writ "must demonstrate that his right to the writ is clear and indisputable." *Id*. at 1187 (quotation marks omitted). Mr. Stine does not have a clear right to the relief he seeks.

The motion to proceed in forma pauperis is DENIED. The petition for a writ of mandamus is DENIED. The motion for expedited consideration of the petition is DENIED as moot.

                                      Entered for the Court,

                                      *Elisabeth A. Shumaker*

                                      ELISABETH A. SHUMAKER, Clerk