IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00109-WJM-CBS

MIKAEL GLENN STINE,
    Plaintiff,
v.

U.S. FEDERAL BUREAU OF PRISONS, *et al.*,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Mr. Stine's Letter filed on October 26, 2012 (Doc. # 325).  Pursuant to the Order of Reference dated March 11, 2011 (Doc. # 28), this matter was referred to the Magistrate Judge.  The court having reviewed Mr. Stine's filing and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that Mr. Stine's Letter (filed on October 26, 2012) (Doc. # 325) is STRICKEN as impertinent and inappropriate for a federal court filing.

    DATED at Denver, Colorado, this 30th day of October, 2012.

                                             BY THE COURT:

                                              s/Craig B. Shaffer
                                             United States Magistrate Judge