IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00109-WJM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:  April 12, 2013 | Courtroom Deputy: Ellen E. Miller |

*Parties:*  *Counsel:*

MIKEAL GLENN STINE,  Pro Se (by Telephone)

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,  J. Benedict Garcia
MR. DAVID ALLRED, Clinical Dir. ADX,
MR. BLAKE DAVIS, Warden ADX,
MR. MUNSON, Associate Warden ADX,
MR. A. OSAGIE, Physician Assist. ADX,
MR. R. HUDDLESTON, EMT/ADX,
MR. SMITH, Assist. Health Services
Administrator,
MR. MANSPEAKER, Corr. Officer ADX,

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   10:04 a.m.
Court calls case. Appearances of *Pro Se* plaintiff and defense counsel. Also present for defendants is Bureau of Prisons representative, Clay Cook.

As the case is called, Plaintiff advises the Court he wishes to discuss settlement of the case in its entirety. Therefore, the Scheduling Conference is vacated and the time is utilized for settlement discussions.

10:06 a.m.     The Court goes off the record to discuss settlement with the parties.

11:12 a.m.      The Court is back on the record.

A full settlement has been reached. The Settlement Agreement is accepted by the Court and both sides.

**It is ORDERED:**   The unopposed THIRD AMENDED VERIFIED PRISONER COMPLAINT tendered to the Court is accepted for filing and shall be filed by the Clerk of the Court as of this date.

**It is ORDERED:**   Plaintiff's ORAL MOTION to withdraw all pending motions is, with no objects, **GRANTED**.   Therefore,

**It is ORDERED:**   Plaintiff's MOTION FOR CHANGE OF VENUE AND APPOINTMENT OF COUNSEL [Docket No. **339**, filed March 04, 2013] is **WITHDRAWN.**

**It is ORDERED:**   Plaintiff's VERIFIED MOTION TO EXPEDITE MOTION FOR PRELIMINARY INJUNCTION No. 340 [Docket No. **345.** filed March 20, 2013] is **WITHDRAWN.**

**It is ORDERED:**   Plaintiff's VERIFIED MOTION FOR AFFIRMATIVE AND OR MANDATORY INJUNCTION [Docket No. **347,** filed April 01, 2013] is **WITHDRAWN.**

**It is ORDERED:**   Plaintiff's MOTION REQUESTING EVIDENTIARY HEARING ON VERIFIED MOTION FOR PRELIMINARY INJUNCTION DOC. 340 DATED MARCH 4TH 2013 AND REQUEST THE COURT ACCEPT ADDITIONAL EXHIBIT (A) ATTACHED HERETO IN SUPPORT OF 340 [Docket No. **349,** filed April 03, 2013] is **WITHDRAWN.**

**It is ORDERED:**   Plaintiff's VERIFIED MOTION FOR PROHIBITORY INJUNCTION / AND REQUEST FOR EVIDENTIARY HEARING WITH EXPEDITED CONSIDERATION DUE IRREPARABLE INJURY AND IMMINENT DANGER [Docket No. **351**, filed April 05, 2013] is **WITHDRAWN.**

**It is ORDERED:**   Plaintiff's MOTION REQUESTING THE COURT ACCEPT SUPPLEMENT EVIDENCE/EXHIBIT (A) IN SUPPORT OF PENDING MOTION FOR PROHIBITORY INJUNCTION  [Docket No. **353**, filed April 10, 2013] is **WITHDRAWN.**

In his Order [Docket No. 342] entered March 07, 2013, Judge Martinez ordered that Plaintiff's Verified Motion for Emergency Temporary Restraining Order and/or Preliminary Injunction is denied to the extent it seeks a temporary restraining order. The portion of the Motion seeking a preliminary injunction is referred to United States Magistrate Judge Craig B. Shaffer for any appropriate proceedings.

**It is ORDERED:**   That portion of Plaintiff's MOTION ... FOR PRELIMINARY INJUNCTION [Docket No. **340,** filed March 04, 2013]  is **DENIED AS MOOT.**

Parties anticipate forthwith filing a Stipulated Motion to Dismiss.

Hearing concluded.

**Court in recess:** 11:17 a.m.
Total In-Court Time: 01:13